Form mssb260–ceod

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**

**Demonte Markel Spivey**

**DEBTOR.**

**Demonte Markel Spivey**

**v.**

**Jerry's Auto Sales**

**CASE NO. 20–00533–NPO**

**CHAPTER 13**

**PLAINTIFF**

**ADV. PROC. NO. 20–00013–NPO**

**DEFENDANT**

### ENTRY OF DEFAULT

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.

Name:   Jerry's Auto Sales

Therefore, default is entered against the defendant as authorized by Federal Rule of Bankruptcy Procedure 7055.

Date:   April 27, 2020

Danny L. Miller
*Clerk of the Bankruptcy Court*


By: /s/ Keisha Moore
*Deputy Clerk*