IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| IN RE: DEMONTE MARKEL SPIVEY, DEBTOR | ) ) ) | CASE NO. 20-00533-NPO CHAPTER 13 |
| DEMONTE MARKEL SPIVEY | ) ) | PLAINTIFF |
| VS. | ) ) | ADV. PROC. NO. 20-00013-NPO |
| JERRY'S AUTO SALES | ) | DEFENDANT |

### AFFIDAVIT OF ATTORNEY

STATE OF MISSISSIPPI
COUNTY OF Madison

Thomas C. Rollins, Jr., attorney for Plaintiff, being duly sworn, disposed and says:

1. I am the owner of the Rollins Law Firm, law firm of record, and have personal knowledge of the facts set forth in this Affidavit.

2. I have examined the attached record of time spent on this case.

3. The time for myself; my partner, Jennifer Ann Curry Calvillo; and my assistant, Grayson Morrison, is accurate.

FURTHER, AFFIANT SAITH NOT.

Dated this the 11 day of May, 2020.

_____
Thomas C. Rollins, Jr., Affiant

SWORN TO AND SUBSCRIBED BEFORE ME, this the 11 day of May, 2020.

_____
NOTARY PUBLIC

[Notary Seal: STATE OF MISSISSIPPI, NOTARY PUBLIC, ID # 126812, GRAYSON MORRISON, Commission Expires Feb. 13, 2023, MADISON COUNTY]